UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR22-211 WMW/DTS

| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| v. | ) | 18 U.S.C. § 924(a)(8) |
| | ) | 18 U.S.C. § 924(c)(1)(A)(i) |
| | ) | 21 U.S.C. § 841(a)(1) |
| TYRONE MASHAUN WHITE, | ) | 21 U.S.C. § 841(b)(1)(B) |
| | ) | 21 U.S.C. § 853(p) |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of a Firearm)

On or about July 27, 2022, in the State and District of Minnesota, the defendant,

**TYRONE MASHAUN WHITE,**

having previously been convicted of the following crimes, each of which was punishable by a term of imprisonment exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Terroristic Threats | Goodhue County, MN | June 1, 2007 |
| Terroristic Threats | Goodhue County, MN | June 1, 2007 |
| Failure to Register as a Predatory Offender | Hennepin County, MN | April 6, 2010 |
| Possession of a Pistol by a Prohibited Person | Hennepin County, MN | November 2, 2011 |
| Terroristic Threats | Hennepin County, MN | December 6, 2011 |

SCANNED
AUG 31 2022
U.S. DISTRICT COURT MPLS

*U.S. v. Tyrone Mashaun White*

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| First Degree Burglary | Hennepin County, MN | May 23, 2014 |
| Domestic Assault | Hennepin County, NM | May 23, 2014 |
| First Degree Burglary | Hennepin County, MN | December 20, 2017 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Springfield Hellcat 9mm semi-automatic pistol bearing serial number BY317707, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 2
(Possession with Intent To Distribute Fentanyl)

On or about July 27, 2022, in the State and District of Minnesota, the defendant,

**TYRONE MASHAUN WHITE,**

did unlawfully, knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

2

*U.S. v. Tyrone Mashaun White*

## COUNT 3
(Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

On or about July 27, 2022, in the State and District of Minnesota, the defendant,

**TYRONE MASHAUN WHITE,**

did knowingly use and carry a firearm, that is, a Springfield Hellcat 9mm semi-automatic pistol bearing serial number BY317707, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute fentanyl; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

Counts 1 through 3 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures.

If convicted of any of Counts 1–3, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms, accessories or ammunition involved in or used in connection with the violation, including but not limited to, the Springfield Hellcat 9mm semi-automatic pistol bearing serial number BY317707 charged in Counts 2 and 3 of the Indictment.

If convicted of Count 2, the defendant shall forfeit to the United States,

*U.S. v. Tyrone Mashaun White*

pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation including but not limited to: approximately $1,433.00 in U.S. currency seized from the defendant's person on July 27, 2022.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY         FOREPERSON